UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

USA

    - against -

ROOSEVELT WILLIAMS,

               Defendant.

----------------------------------------------------X

16 Cr. 00464-02 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated November 29, 2016, is approved and accepted.

SO ORDERED.

_____
Nelson S. Román
United States District Judge

Dated: White Plains, NY
       December 21, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2016