UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Petitioner,

  -against-

ROOSEVELT WILLIAMS,

                        Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2023

Case No. 16-CR-464-2 (NSR)

OPINION & ORDER

NELSON S. ROMÁN, United States District Judge:

On February 10, 2017, Defendant Roosevelt Williams ("Mr. Williams" or "Defendant") was sentenced to one-hundred forty-four (144) of imprisonment after pleading guilty to one count of a narcotics violation under 21 U.S.C. §§ 846 and 841(b)(1)(A). (ECF No. 40, Roosevelt Williams's Judgment). On June 21, 2021, Defendant, moving *pro se*, filed a motion for a sentence reduction/compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking to be released from incarceration due to his various health conditions and risk of possible complications in connection with COVID-19. (ECF No. 48.) The Government did not respond to the motion.

Upon the Court's review of the docket and search through the inmate locator managed by the Federal Bureau of Prisons[1], the Court finds that Mr. Williams was deceased as of May 25, 2022. Therefore, his application for a sentence reduction/ compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) is DENIED as MOOT.

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 50.

Dated: July 18, 2023
      White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

[1]    *See* https://www.bop.gov/inmateloc. Mr. Reynold's Register Number was 77102-054.

1